UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ISSAC MAYER & BRUCHY MAYER<br>on behalf of themselves and<br>all other similarly situated consumers<br><br>                        Plaintiffs,<br><br>          -against-<br><br>CENTRAL CREDIT SERVICES LLC<br>F/K/A VELDOS, LLC<br><br>                        Defendant. | Case No. 1:15-cv-04258-JG-PK<br><br>**STIPULATION OF<br>DISMISSAL** |

_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated:  Brooklyn, New York<br>           February 18, 2016 | Dated:  Flemington, New Jersey<br>           February 18, 2016 |
| /s/ Maxim Maximov<br>Maxim Maximov, Esq.<br>Maxim Maximov, LLP<br>Attorney for the Plaintiff<br>1701 Avenue P<br>Brooklyn, New York 11229<br>Office: (718) 395-3459<br>Facsimile: (718) 408-9570<br>E-mail: m@maximovlaw.com | /s/ Aaron R. Easley<br>Aaron R Easley, Esq..<br>Sessions Fishman Nathan & Israel LLC<br>Attorney for the Defendant<br>3 Cross Creek Drive<br>Flemington, New Jersey 08822<br>Office: (908) 237-1660<br>Fax: (908) 237-1663<br>E-mail: aeasley@sessions-law.biz |